CHARLES J. PERRY and Another, Doing Business as C. J. PERRY & SON, Respondents, v. RUSSELL FRAZER WIRE COMPANY, Appellant.— Plaintiffs sued the buyer for damages for canceling an executory contract after part performance. The complaint states in substance that defendant refused to permit plaintiffs to perform any more work because it refused to pay the agreed prices, that plaintiffs have performed and are ready and willing to carry out the conditions of the contract, and have not done anything to breach it or to interfere with its performance. One basis for the demurrer is that the complaint did not allege that plaintiffs had " duly " performed under section 533 of the Code of Civil Procedure. Where the buyer cancels the contract, or otherwise prevents full performance, an averment of due performance is bad. (*Oakley* v. *Morton,* 11 N. Y. 25.) The refusal to go on, or the explanation why there has not been full performance, should be set forth, so as to admit evidence of the buyer's breach, or his waiver. (*Weeks* v. *O'Brien,* 141 N. Y. 199.) This complaint, therefore, was entirely correct. The order of the County Court of Kings county denying defendant's motion for judgment on the pleadings is, therefore, affirmed, with ten dollars costs and disbursements. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ARMELLINO, Appellant.— While we regard as regrettable the long cross-examination of the defendant by the presiding judge, indicating the judge's personal disbelief of defendant's testimony upon the vital point in the case, and also the personal conviction of defendant's guilt, we conclude that the evidence is so overwhelming in its demonstration of defendant's guilt that it is our duty to affirm the judgment upon the ground that we are compelled to conclude that really defendant was not prejudiced by that incident. Judgment of conviction of the County Court of Kings county affirmed. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN O'HARA, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and new trial ordered, on authority of *People* v. *Pecoraro* (177 App. Div. 803; affd., 221 N. Y. 662). Mills, Rich, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RUSSELL, Appellant, Impleaded with MICHAEL CAHILL, Defendant.— Reargument ordered, and case set down for the first Tuesday of the May term. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.